AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:25MJ3093 |
| LEOPOLDO GONZALEZ-CASTANEDA, a/k/a | ) | |
| LEOPOLDO GONZALES-CASTANEDA | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 23, 2025 _____ in the county of _____ Buffalo _____ in the
_____ District of _____ Nebraska _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature* , HSI SA

KAYLA FARRELL, HSI SA
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date: _4/25/2025_____

_____
*Judge's signature*

City and state: _____ Lincoln, Nebraska _____

JACQUELINE M. DELUCA, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LEOPOLDO GONZALEZ-CASTANEDA
a/k/a LEOPOLDO GONZALES-
CASTANEDA,

Defendant.

4:25MJ3093

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## FOR THE ARREST OF LEOPOLDO GONZALEZ-CASTANEDA

I, Kayla Farrell, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent of the Department of Homeland Security (DHS),

Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have

been employed in my current position since June 2020. I am currently assigned to the HSI Grand

Island, Nebraska office. I have completed the Criminal Investigator Training Program (CITP)

and the Homeland Security Investigations Special Agent Training (HSISAT) which includes

approximately 22 weeks of instruction at the Federal Law Enforcement Training Program

(FLETC) in Glynco, Georgia. This instruction included training in methods and practices of

immigration and immigration violations.

2.    Prior to my tenure as a Special Agent with HSI, I was a patrol officer and criminal

investigator with the Nebraska State Patrol for almost thirteen (13) years. I have a bachelor's

degree in emergency medical services from Creighton University.

3.    HSI Special Agents have the authority to investigate violations of the

–1–

Immigration and Nationality Act, Title 8 United States Code, Title 18 United States Code, Title 19 United States Code, Title 21 United States Code, and other related statutes including Title 8, United States Code, Section 1326(a).

4.      All of the statements and information contained in this affidavit are based upon my review of investigative reports prepared by myself and other law enforcement officers with knowledge of the facts recited; upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records maintained by various local, state and federal agencies. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

## PROBABLE CAUSE

5.      I am conducting an investigation into Leopoldo GONZALEZ-CASTANEDA, date of birth 03-27-1968. I have uncovered probable cause to believe that GONZALEZ-CASTANEDA, being an alien, has illegally reentered the United States after a prior removal and without first obtaining permission to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

6.      On January 6, 2025, GONZALEZ-CASTANEDA was arrested by the Nebraska State Patrol for driving under the influence, possession of controlled substance, criminal possession financial transaction device, reckless driving, and license vehicle without liability insurance. GONZALEZ-CASTANEDA falsely identified himself to officers as Leopoldo GONZALES-CASTANEDA, providing his date of birth as 04/07/1970 when arrested.

7.      On January 7, 2025, GONZALEZ-CASTANEDA was encountered by Enforcement and Removal Operations (ERO) Grand Island Deportation Officer (DO) Jaden

Rojewski at the Buffalo County Department of Corrections, Kearney, Nebraska, during routine jail checks. GONZALEZ-CASTANEDA was interviewed, and an immigration detainer was issued by DO Rojewski. GONZALEZ-CASTANEDA verbally stated that he is a citizen and national of Mexico by virtue of birth. DO Rojewski later determined that "GONZALES-CASTANEDA" (DOB: 04/07/1970) was actually GONZALEZ-CASTANEDA (DOB: 03/27/1968) through a biometric confirmation via ACRIMe by DO Rojewski.

8.       GONZALEZ-CASTANEDA was taken into custody by immigration authorities on April 23, 2025. GONZALEZ-CASTANEDA is currently confined in the Phelps County Jail in Holdrege, Nebraska, in immigration custody.

9.       On April 24, 2025, I received the Alien File (A205 788 050) for GONZALEZ-CASTANEDA from ERO Grand Island DO Rojewski. The Alien File confirmed that GONZALEZ-CASTANEDA is an alien who was previously removed from the United States to Mexico on June 28, 2013, pursuant to an Administrative Removal Order which was issued on June 25, 2013.

10.      Review of the Alien File for GONZALEZ-CASTANEDA showed he does not have the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for readmission to the United States.

11.      Affiant has reason to believe there is probable cause, based on the above information, that Leopoldo GONZALEZ-CASTANEDA, has violated Title 8, United States Code, Section 1326(a), in that he is an alien who was removed/deported from the United States while an order of deportation or removal was outstanding and who later reentered the United States without obtaining the express consent of the Attorney General or her successor, the Secretary for Homeland Security to reapply for admission into the United States, and was found

–3–

in or near Kearney, Nebraska, in the District of Nebraska.

Your Affiant states that all statements contained in this affidavit are true and correct to the best of

her knowledge.

Kayla Farrell, Special Agent
Homeland Security Investigations

SUBSCRIBED AND SWORN BEFORE ME this ____25th____ day of April 2025.

JACQUELINE M. DELUCA
United States Magistrate Judge
District of Nebraska

–4–